AGATHA MCARDELL, as Administratrix of the Estate of AUGUST T. SAWMILLER, Deceased, Appellant, *v.* NATIONAL ACCIDENT SOCIETY, Respondent.

(Argued January 8, 1930; decided February 11, 1930.)

*A. C. Stevens* for appellant.

*M. S. Lockhart* and *Elgin L. McBurney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.